

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00310-CV

Enrique **LOPEZ**, d/b/a Maternidad La Piedad,
Appellant

v.

Marina Edith **OSUNA**, Individually and as next friend for Sarai Edith Gonzalez and Benito
Gonzalez Cantu,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 13-10-28869-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file brief is hereby GRANTED. Time is extended to July 16, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court